1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California  94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant GOMEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   No. CR 06-00754 SBA
                                          )
12                       Plaintiff,       )   STIPULATION AND
                                          )    ORDER
13 v.                                     )   TO CONTINUE
                                          )   STATUS HEARING
14 FRANCISCO J. GOMEZ, JR.                )
                                          )   Date:   May 22, 2007
15                       Defendant.       )   Time:  9:00 a.m.
                                          )   Court: Hon. Saundra Brown Armstrong
16 _____   )          U. S. District Court

17

18        This matter is currently on calendar for a status hearing on Tuesday, May 22, 2007, at 9:00

19 a.m.  The parties jointly stipulate and request that the matter be continued three weeks to the new

20 date of Tuesday, June 12, 2007, 9:00 a.m. for status hearing, and further request that the time

21 between May 22 and June 12, 2007, be excluded from calculations under the Speedy Trial Act, 18

22 U.S.C. §3161(h)(8)(A) and (B)(iv).  Defense counsel requires this additional time to conduct further

23 investigations.  The parties agree that it is appropriate to afford counsel a brief additional period of

24 time to complete investigations.

25        For this reason, the parties request that the Court find that a continuance is appropriate and

26

order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161

(h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the

reasonable time necessary for effective preparation, taking into account the exercise of due

diligence.


SO STIPULATED.

Dated:      May 18, 2007                          /S/
                                        _____
                                        HILARY A. FOX
                                        Assistant Federal Public Defender

SO STIPULATED.

Dated:      May 21, 2007                          /S/
                                        _____
                                        MAUREEN BESSETTE
                                        Assistant United States Attorney


                            SIGNATURE ATTESTATION
        I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature
("/S/") within this efiled document.

1

2

## <u>ORDER</u>

3    Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

4  that the ends of justice served by granting of the requested continuance outweigh the best interests of

5  the public and the defendant in a speedy trial, and that the failure to grant the requested continuance

6  would deny defendant Francisco Gomez reasonable time necessary for effective preparation, taking

7  into account the exercise of due diligence.  <u>See</u> 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

8    Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently

9  scheduled for May 22, 2007, shall be continued to June 12, 2007, and that the time from May 22

10  through June 12, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C.

11  §3161(h)(8)(A) and (B)(iv).

12    IT IS SO ORDERED.

13

Dated: May23, 2007

14  _____
SAUNDRA BROWN ARMSTRONG
15  United States District Court

16

17

18

19

20

21

22

23

24

25

26