| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | HILARY A. FOX |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Ste. 650 |
|   | Oakland, California  94607-3627 |
| 4 | Telephone:  (510) 637-3500 |
| 5 | Counsel for Defendant GOMEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00754 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| v. | ) | EXCLUDE TIME |
| FRANCISCO GOMEZ, | ) | |
| Defendants. | ) | |

Defendant Francisco Gomez appeared before the Court on July 9, 2007, for status. At that time, the matter was continued to the new date of July 24, 2007, at 9:00 a.m. for status. This stipulation is to confirm that the parties jointly stipulate and request that the time between July 9 and July 24, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). Defense counsel is continuing to complete outstanding investigation and research regarding Mr. Gomez's case and the parties agree that it is appropriate to afford counsel additional time to complete this work.

For this reason, the parties request that the Court order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defense with the reasonable time necessary for effective

- 1 -

1  preparation, taking into account the exercise of due diligence.

2  SO STIPULATED.

3  Dated:     July 13, 2007                              /S/
                                                         _____
4                                                        HILARY A. FOX
                                                         Attorney for Defendant Gomez
5
   SO STIPULATED.
6
   Dated:     July 13, 2007                              /S/
7                                                        _____
                                                         LUCINDA SIMPSON
8                                                        Special Assistant United States Attorney

9                          SIGNATURE ATTESTATION
10      I hereby attest that I have on file all holograph signatures indicated by a "conformed"
   signature ("/S/") within this efiled document.
11

12

13
                                           **ORDER**
14
        Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS
15
   that the ends of justice served by granting the continuance outweigh the best interests of the public
16
   and the defendant in a speedy trial, and that the failure to continue the matter would deny defendant
17
   Gomez the reasonable time necessary for effective preparation, taking into account the exercise of
18
   due diligence.  See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).
19
        Based on these findings, IT IS HEREBY ORDERED THAT the time from July 9 through July
20
   24, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and
21
   (B)(iv).
22
        IT IS SO ORDERED.
23

24  Dated: July 23, 2007                                 _____
                                                         SAUNDRA BROWN ARMSTRONG
25                                                       United States District Court

26

- 2 -