**FILED**

Sep 09 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 06–00754 SBA |
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE SUPERVISED RELEASE STATUS HEARING DATE |
| v. | |
| FRANCISCO GOMEZ, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the September 10, 2020, supervised release status hearing date before the magistrate court is vacated and reset to October 14, 2020, at 10:30 a.m., before the duty magistrate court.

IT IS SO ORDERED.

Dated: September 9, 2020

_____
THE HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge